IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES, SR.,

        Plaintiff,        CV F 06 0665  LJO WMW P

  vs.                  ORDER RE MOTIONS (DOC 19, 20)

JOHN BURK, et al.,

        Defendants.

    Plaintiff has filed a motion requesting the entry of default, and requesting that a certain defendant be removed.   No Defendant has been served.  Default judgment is therefore inappropriate.  Should Plaintiff seek to add or remove defendants, he should do so by way of amended pleadings.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for default and removeal of defendant are denied.IT IS SO ORDERED.

**Dated:**   **September 27, 2007**        **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE