IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES,

        Plaintiff,        CV F 06 0665 LJO WMW PC

   vs.                  ORDER

JOHN BURK, et al.,

        Defendants.

On May 12, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to complete and submit to the court forms for service of process.  On May 9, 2008, Plaintiff returned the forms to the court.  Accordingly, IT IS HEREBY ORDERED that the May 12, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   June 2, 2008**                /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

1