IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES, SR.,

    Plaintiff,               1: 06 CV 0665 LJO WMW PC

   vs.                           ORDER

J. BURK, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action against Merced County defendants. On March 26, 2009, an order was entered, granting in part and denying in part Defendants' motion to dismiss. Defendants are therefore directed to file a further response to the September 8, 2006, amended complaint. The parties are advised that once an answer to the second amended complaint has been filed, a discovery and scheduling order will be entered. The court will set dates for the completion of discovery and the filing of pretrial motions. The parties are further advised that until such time as a discovery order has been entered, no party may conduct discovery.

      Accordingly, IT IS HEREBY ORDERED that Defendants are granted thirty days from the date of service of this order in which to file a further response to the September 8, 2006, amended complaint.

1

IT IS SO ORDERED.

**Dated:     April 3, 2009**                              **/s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE