IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES,

      Plaintiff,                     1: 06 CV 00665 LJO YNP GSA (PC)

   vs.                                ORDER RE MOTION (DOC 67)

JOHN BURK, et al.,

      Defendants.

     Defendants have filed a motion to extend the deadlines for discovery cut-off and the filing of dispositive motions. The Court finds the motion to be supported by Defendants' memorandum.

     Good cause appearing, IT IS HEREBY ORDERED that:

     1. Defendants' motion to extend the discovery cut-off date and the dispositive motion deadline is granted.

     2. All discovery, including filing motions to compel, is extended for 60 days. All discovery, including filing motions to compel, must be completed by February 26, 2010.

     3. The deadline for filing pre-trial dispositive motions is extended for 60 days. The deadline for deadline for filing pre-trial dispositive motions is April 23, 2010.

1  IT IS SO ORDERED.

2  **Dated:**   **November 13, 2009**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE