1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   FREDERICK JONES, SR.,                    CASE NO. 1:06-cv-00665-LJO-SKO PC

10                          Plaintiff,        ORDER DENYING MOTION

11       v.                                   (Doc. 104)

12   JOHN BURK, et al.,

13                          Defendants.
                                          /
14

15          Plaintiff Frederick Jones, Sr. ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's

17   August 5, 2010 motion "to Reinstate Plaintiff's Due Process Claims."  (Doc. #104.)

18          Plaintiff's motion fails to cite any grounds on which a litigant can "reinstate" claims after

19   they have been dismissed.  Plaintiff's due process claims were dismissed on March 26, 2009 when

20   the Court granted Defendants' motion to dismiss Plaintiff's due process claims for failure to state

21   a claim.  (Doc. #50.)  Plaintiff's present motion fails to set forth any persuasive reasons why the

22   Court should disturb the March 26, 2009 ruling.

23          Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion is DENIED.

24

25   IT IS SO ORDERED.

26   **Dated:    February 23, 2011**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
27

28

                                          1